

# ORDERED in the Southern District of Florida on March 18, 2026.

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:  Roxane Perlaza

Case No.: 25-16247-RAM
Chapter 13

_____ Debtor _____ /

## ORDER GRANTING MOTION TO ALLOW DEBTOR TO INCUR NEW DEBT

**THIS MATTER** came on to be heard on the chapter 13 consent calendar on <u>March 17, 2026,</u> on the Debtor's Motion to Allow Debtor to Incur New Debt [herein "Motion"; ECF #49]. Based upon the record and with no party having appeared in opposition to the Motion, it is **ORDERED** as follows:

1.  The Debtor's Motion is GRANTED.

2.  The Debtor is permitted to incur additional secured debt in the form of motor vehicle financing with Headquarter Toyota for the purchase of the 2026 Toyota Corolla Cross VIN: 7MUCAAAG2TV183081, at the terms attached to the underlying motion. The Debtor is further permitted to execute any and all documents necessary to purchase the vehicle.

3.  If the Debtor cannot obtain the specific vehicle stated above, she is allowed to obtain a similar model so long as payments do not exceed $698.00 per month.

4.  The Debtor shall not reduce amounts paid to the unsecured creditors by the new expense of the Debtor.

.

# # #

Respectfully Submitted By: **JOSE A. BLANCO, P.A.,** Jose A. Blanco | FBN: 062449, Attorney for Debtor(s), 102 E 49th ST, Hialeah, FL 33013, Tel. (305) 349-3463, E-Mail: jose@blancopa.com

Attorney Blanco is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.